# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Harris,<br><br>        Plaintiff,<br><br>v.<br><br>Private National Mortgage Acceptance Company LLC,<br><br>        Defendant. | No. CV-24-01328-PHX-SMB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal (Doc. 18) and good cause appearing,

**IT IS HEREBY ORDERED** the stay in this case is lifted.

**IT IS FURTHER ORDERED** that this case, in its entirety, is dismissed with prejudice, each party to bear its own fees and costs.

Dated this 23rd day of June, 2025.

Honorable Susan M. Brnovich
United States District Judge